IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

TRAVIS D. PURIFOY                                                           PLAINTIFF

vs.                              CASE NO. 06-CV-01085

MICHAEL J. ASTRUE                                         DEFENDANT
Commissioner, Social Security Administration

## **JUDGMENT**

Before the Court is the Report and Recommendation filed December 7, 2007, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. No. 12). Judge Bryant recommends that this case be reversed and remanded for further development of the record. The Defendant has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*. The matter is hereby **REVERSED AND REMANDED** for further development of the record.

IT IS SO ORDERED, this 28th day of December, 2007.

                                                                          /s/ Harry F. Barnes
                                                                          Hon. Harry F. Barnes
                                                                          United States District Judge